**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case: 1:21-mj-00451 |
| | : | Assigned to: Judge Harvey, G. Michael |
| | | Assign Date: 5/27/2021 |
| **v.** | : | Description: COMPLAINT W/ ARREST WARRANT |
| **Leon Lipscombe,** | : | |
| | : | |
| **Defendant.** | : | |

**STATEMENT OF OFFENSE**

**IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Julia Chen, being duly sworn, do hereby state the following:

## I.    INTRODUCTION

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have

been since January 2016.  I am currently assigned to the Child Exploitation and Human Trafficking

Task Force (CEHTTF) at the Washington Field Office (WFO), where I am responsible for

investigating the possession, distribution, receipt, and production of child pornography, and other

crimes involving child exploitation.  I was previously assigned to the Cyber Division of the Los

Angeles Field Office, where I specialized in the investigation of computer and high-technology

crimes, including computer intrusions, denial of service attacks, and other types of malicious

computer activity. I completed the FBI Basic Field Training Course in Quantico, Virginia, where

I received twenty weeks of training in the investigation of various crimes.  Through my training

and experience, as well as through conversations with various law enforcement personnel, I have

become familiar with the methods of operation used by people who commit offenses involving the

sexual exploitation of children.  My cyber background has supplemented my understanding of

how child exploitation offenders use the internet and other technologies to perpetrate their offenses.

2.      This affidavit is made in support of an application for a criminal complaint and arrest warrant for **Leon Lipscombe** (date of birth XX/XX/1994) for violations of 18 U.S.C. § 2252(a)(2) (distribution and receipt of child pornography) and 18 U.S.C. § 2252(a)(4)(B) (possession of child pornography).

3.      The statements contained in this affidavit are based in part on my own investigation, as well as upon information provided by other Special Agents of the FBI and law enforcement officers; independent investigation and analysis by law enforcement officers/analysts; and my experience, training and background.  Unless otherwise specified, all dates set forth below are "on or about" the dates indicated, and all amounts or sums are approximate.  Because this affidavit is being submitted for the limited purpose of securing authorization for the requested arrest warrant, I have not included each and every fact known to me concerning this investigation.  Instead, I have set forth only the facts that I believe are necessary to establish probable cause that **Lipscombe** has violated 18 U.S.C. § 2252(a)(2) (distribution and receipt of child pornography) and 18 U.S.C. § 2252(a)(4)(B) (possession of child pornography).

## II.     PROBABLE CAUSE

4.      On March 9, 2021, an online covert employee (OCE) of the Metropolitan Police Department of the District of Columbia (MPDC) and FBI CEHTTF began communicating with **Lipscombe** (DOB XX/XX/1994).  The OCE was acting as a father of a nine year old boy who had access to the child.

5.      The OCE contacted **Lipscombe** via Twitter and advised that the OCE is an "open minded freaky dad."  **Lipscombe** asked the OCE "what're u into sexually" and the OCE advised, "no

limits really." **Lipscombe** reported, "I like the sound of that" and the OCE asked, "Oh yah love that. U on kik?" **Lipscombe** advised "Yeah but it's on another phone so I'll get that user to you when I get in." At 6:03 PM the OCE provided a KIK username to **Lipscombe**.

6.      On March 9, 2021, at 8:06 PM a KIK user contacted the OCE.  The OCE eventually responded and advised the KIK user, "sorry I missed you, I was putting the little man to sleep." **Lipscombe** asked the age of the OCE's son, and the OCE advised his son is nine years old.

7.      The OCE then asked **Lipscombe**, "So how no limits are you?" **Lipscombe** advised, "I mean Youre either no limits or aren't haha…I'm not into scat fully, Ive been shitfucked but I'm not eating or getting shit on lmao."  The OCE then responded, "hahaha true dude.  Dude you're so right. I can't do scat, can't even watch it…What's your favorite age?" **Lipscombe** advised, "I can watch but that's it.  I'll even take dick in my dirty ass cause that's hella hot but that's it.  0-5."

8.      **Lipscombe** asked the OCE, "What have you done with him and do u still mess around?"  The OCE advised that he had been actively abusing his son since the age of four and that he had engaged in oral and digital sexual acts with him.  The OCE also sent a photograph of underwear that he reported belonged to his fictional son.  **Lipscombe** advised, "Little boy undies? Shits hot.  I wanna babysit a 1yo and just be naked and let him get naturally curious."  The OCE asked, "Oh yah?  You think he would???"  Lipscombe advised, "Yeah cause babies are just naturally in awe of anything new" and the OCE asked, "What do you think it would do?" **Lipscombe** reported, "Just grat at it and put it in its mouth cause that all they do then."

9.      The OCE sent a verification photograph of himself holding up three fingers to **Lipscombe** on March 17, 2021, to prove he was an actual person. **Lipscombe** responded by sending a photograph of an African American male wearing a white shirt with black and cream designs on it.

The male is wearing a mask but the top of his face is visible.  The male appears to be the same person from **Lipscombe**'s D.C. driver's license photograph.

10.     **Lipscombe** later messaged the OCE and advised that he was "high and horny." **Lipscombe** then advised, "Just missin a (emoji baby face)."  The OCE asked, "Oh yah?  What would you do with one?" and **Lipscombe** advised, "Suckin its peepee while fingering its tiny hole."

11.     On April 7, 2021, the OCE messaged **Lipscombe**, "You been looking at anything good?  The groups I'm in have been dry."  The OCE then sent a photograph of his purported son to **Lipscombe**.[1]  **Lipscombe** responded, "That our boy?  Wish u saw him suckin me up…Yeah groups are pretty much done at least for now.  So many sneaks ruined that.  Yeah I was vids often and talk to other pervs…Our boy, sorry that was suppose to say your."  **Lipscombe** and the OCE continued to chat, and **Lipscombe** asked the OCE, "Are you on telegram?"  The OCE advised, "Yah I don't use it a lot though" and **Lipscombe** stated, "I have stuff there I can send so lemme know when you're on and I will return the favor."  The OCE provided a Telegram account to **Lipscombe** at 8:45 PM.

12.     On April 7, 2021, at 8:46 PM, the OCE was contacted by a Telegram user.  The user stated to the OCE, "Hey perv" and sent a video of an adult male penetrating a child's anus with his erect penis.  Members of CEHTTF reviewed this video and it meets the federal definition of child pornography.  The OCE asked **Lipscombe**, "How old you think that cutie is?"  Lipscombe advised, "5-6."  The OCE asked **Lipscombe**, "You have anything really good…."  Lipscombe then distributed five videos of child pornography to the OCE.  Only four of the five videos were viewable and they are described as follows:

---

[1] This photograph did not depict a real child.

- A video that shows an adult male anally raping a prepubescent boy. The boy is completely naked and face down on a bed. The boy is holding his hands over his head.

- A video that shows two prepubescent males having their mouths penetrated by an adult male's penis. The boys are clothed and the adult is nude from the waist down.

- A video that shows an adult male anally raping a prepubescent boy. The adult male appears to ejaculate inside of the child's anus.

- A video that shows a prepubescent boy completely naked and standing over top of an adult male who is laying down and naked from the waist down. The adult male has an erect penis, and it penetrates the child's mouth. The camera is focused on the child's mouth being penetrated and also on the child's anus which is directly in front of the camera at times.

13.     The OCE advised **Lipscombe**, "Oh fuck yah. Love all of that" and **Lipscombe** responded with, "You sick fuck (devil emoji)." The OCE then stated, "You fucking know it, can't wait till my boy comes back." **Lipscombe** responded with, "Fuck, I know u love feelin on his lil body." The OCE advised, "Oh god yes, he's so skinny right now too." **Lipscombe** stated, "Fuck I'm stroking thinkin bout you and your boy." **Lipscombe** then asked the OCE, "You prefer talking on here or KIK?" The OCE advised, "Yah I'm def more used to it" and **Lipscombe** responded, "Sounds good." The OCE and **Lipscombe** ended the Telegram conversation at this time and transitioned back to KIK.

14.     On April 13, 2021, at 4:27 PM, the OCE asked **Lipscombe**, "How'd you get into this?" **Lipscombe** advised, "Tumblr, just faking down rabbit holes but I messed with my cousin when I was

little and my lil bro when I was 13 and he was 6." **Lipscombe** and the OCE discussed Tumblr and

**Lipscombe** advised, "LOL I just honestly forgot about it!  Now I'm on Twitter being a freak."

15.     **Lipscombe** later asked the OCE "so what normally happens with u and your son when

he's over?  Do y'all mess around at random when one of you is interested?  Like what's a normal

visit like."  The OCE advised that his fictional son engages in "normal kid stuff" and then advised

that he also sexually abuses him when he sleeps.  **Lipscombe** reported, "U know I love hearing all

this" and advised, "I'd let him play the PS5 and just eat his ass all day tbh."

16.     The OCE advised **Lipscombe** that his fantasy was to watch someone else "play" with

his son.  **Lipscombe** responded by stating, "Wow, if I ever got the chance to enjoy him I'd be honored

man.  But no rush and that's totally your call.  But yeah, I want him on his stomach and I come behind,

kiss his neck and body til I slowly let his little Ass out of his underwear and eat his ass.  Also Wanna

suck his peepee.  Watch him squirm and feel good from my mouth."

17.     On May 21, 2021, members of the FBI-MPDC CEHTTF executed a federal search

warrant at **Lipscombe's** residence in Washington D.C.  The members located **Lipscombe** at the

residence at the time of execution and subsequently interviewed **Lipscombe**.  The members of

CEHTTF advised **Lipscombe** that he was not under arrest and that he was free to leave the interview

at any time.

18.     **Lipscombe** reported that he had met a user online that had access to a child and that

had expressed an interest in incest. **Lipscombe** said that the user offered for **Lipscombe** to meet his

child, and **Lipscombe** admitted that he had sent the user five to seven videos of adults engaging

sexually with children.

19.      **Lipscombe** advised that he kept child pornography on his Telegram application, and that he had been interested in incest since he was a child.  **Lipscombe** reported that he had used two devices in his home to access Telegram.

20.      The members of CEHTTF located three devices within the residence of **Lipscombe**. Two of the devices were operable and identified as an Apple iPhone 11 and an Apple iPhone 6.  The third device is an Apple iPhone with a damaged start button which made the device inoperable.

21.      Members of CEHTTF reviewed the contents of the Apple iPhone 6 and found that the device had been named "Leon's iPhone."

22.      Members of CEHTTF reviewed the images and videos saved to the device and located approximately six hundred videos and over a thousand images that meet the federal definition of child pornography.  Many of these videos and images were received by **Lipscombe** in Telegram from March 4, 2021 to April 19, 2021.  Moreover, members of CEHTTF found that the media files contained videos and images of infants, toddlers, and pre-pubescent females and males engaged in sexual acts, sexual contacts, and/or lascivious displays of their genitals.  For example, members of CEHTTF reviewed the following videos:

   a.   A video (Filename: telegram-cloud-document-1-5102683248027238667_partial) that shows a Caucasian adult male using his erect penis to anally rape a female Caucasian infant.  The adult male rubs his erect penis against the infant's genitals and eventually ejaculates on the child's body.  The child is wearing a yellow shirt which is pulled up to expose her genitals and buttocks to the camera.  This file has a date on **Lipscombe's** Apple iPhone 6 on May 19, 2021 at 9:16 PM.

   b.   A video (Filename: telegram-cloud-document-1-4995049679667332853_partial) that shows an adult male anally raping an infant.  The infant is constantly moving

its lower body while the adult holds his penis in and on the child's anus.  This file has a date on **Lipscombe's** Apple iPhone 6 on May 19, 2021 at 10:32 PM.  GPS data from **Lipscombe's** phone showed **Lipscombe** was in the vicinity of his residence in the District of Columbia on the evening of May 19, 2021.

23.     Members of CEHTTF reviewed the messages sent within the Telegram application and located conversations between **Lipscombe** and other Telegram users discussing the distribution, receipt, and possession of child pornography.  **Lipscombe** also clearly indicates an interest in children and engaging in sexual acts with children when discussing the exchange of child pornography. Members of CEHTTF found that **Lipscombe** had been in receipt or distributed images and videos of child pornography during these conversations.

### III. CONCLUSION

4.     Based on the foregoing, there is probable cause to believe that **Leon Lipscombe** has violated 18 U.S.C. § 2252(a)(2) (distribution of child pornography), 18 U.S.C. § 2252(a)(2) (receipt of child pornography), and 18 U.S.C. § 2252(a)(4)(B) (possession of child pornography).

Respectfully submitted,

Julia Chen

FBI Special Agent

Subscribed and sworn to before in accordance with the requirements of Fed. R. Crim. P. 4.1 by electronic reliable means, by telephone, this 27th day of May, 2021.

9

G. MICHAEL HARVEY,
UNITED STATES MAGISTRATE JUDGE