UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Case No.: 21-mj-451 |
| **Leon Lipscombe** | : | |
| | : | |
| **Defendant.** | : | |

### GOVERNMENT'S NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney April Nicole Russo, as counsel for the United States, is terminating her appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully Submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY D.C.
D.C. Bar No. 481052

BY:   /s// April Nicole Russo
April Nicole Russo
PA Bar: 313475
Assistant United States Attorney
555 4th Street, N.W., Rm 4110
Washington, D.C. 20530
202-252-1717
April.russo@usdoj.gov